# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER,<br><br>    Plaintiff,<br><br> v.<br><br>RICHARD COLEMAN,<br><br>    Defendant. | Case No. 1:24-cv-00813-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

   Plaintiff Jonas B. Foster, an inmate at the Bob Wiley Detention Facility proceeding *pro se*, filed this civil action on July 15, 2024, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff's application does not contain a certification from the institution of incarceration detailing Plaintiff's account information, nor does it include a trust account statement. (Doc. 2.)

   Accordingly, IT IS HEREBY ORDERED that:

   1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the

1

alternative, pay the $405.00 filing fee for this action. Plaintiff's application should include the required certification and/or trust account statement;

    2.      No extension of time will be granted without a showing of good cause; and

    3.      The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 18, 2024**     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE