| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONAS B. FOSTER, | | Case No. 1:24-cv-00813-BAM (PC) |
| | Plaintiff, | |
| v. | | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| RICHARD COLEMAN, | | (ECF Nos. 2, 6) |
| | Defendant. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY BOB WILEY DETENTION FACILITY |

Plaintiff Jonas B. Foster ("Plaintiff"), an inmate at the Bob Wiley Detention Center in Visalia, California proceeding pro se, initiated this civil action on July 15, 2024. (ECF No. 1.) Currently before the Court are Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 6.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  The Bob Wiley Detention Facility is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until

the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 6) is GRANTED;

2. **The Warden/Sheriff of the Bob Wiley Detention Facility or his/her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Warden/Sheriff of the Bob Wiley Detention Facility, via the United States Postal Service; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:  **August 2, 2024**               /s/ *Barbara A. McAuliffe*             
                                        UNITED STATES MAGISTRATE JUDGE

2